UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED - GR**
November 21, 2023 3:30 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: KB / 11-21

**1:23-cr-144**

**Janet T. Neff**
**U.S. District Judge**

UNITED STATES OF AMERICA,

Plaintiff,

v.

NICHOLAS SCOTT KISSINGER,

Defendant.
_____/

**FELONY INFORMATION**

The United States Attorney charges:

**Possession of Child Pornography**

On or about September 7, 2023, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

**NICHOLAS SCOTT KISSINGER**

knowingly possessed images of child pornography that involved prepubescent minors. Such images were produced using materials which had been shipped or transported in interstate or foreign commerce, that is, a Samsung cellular telephone, which was manufactured outside of the State of Michigan.

**18 U.S.C. § 2252A(a)(5)(B) and (b)(2)**
**18 U.S.C. § 2256(8)(A)**

## FORFEITURE ALLEGATION
(Possession of Child Pornography)

The allegations contained in this Felony Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of the offense in violation of 18 U.S.C. § 2252A,

## NICHOLAS SCOTT KISSINGER

shall forfeit to the United States of America any visual depiction described in 18 U.S.C. §§ 2252, 2252A, 2252B, or 2260; any matter which contains any such visual depiction that was produced, transported, mailed, shipped, and received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offense or any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

1. Samsung cellular telephone (IMEI 350012623300630);
2. Computer tower;
3. Beelink computer;
4. Amazon tablet;
5. Google Pixel smartphone;
6. Gray USB drive;
7. Sandisk 4GB SD card;
8. Printed images of child pornography and pornography; and
9. Fifty-one (51) CDs.

**18 U.S.C. § 2253**
**18 U.S.C. § 2252A**

## PRIOR FELONY CONVICTION

At the time of the illegal act alleged in this Felony Information, the defendant, NICHOLAS SCOTT KISSINGER, had a prior conviction under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor, and had a prior conviction under Chapter 110 of Title 18 of the United States Code.

Specifically, on or about March 15, 2004, NICHOLAS SCOTT KISSINGER, in Kalamazoo, Michigan, in the 9th Circuit Court (Case number A03000822FH), was convicted of Criminal Sexual Conduct, Second Degree in violation of M.C.L. 750.520c; and on or about December 2, 2013, NICHOLAS SCOTT KISSINGER, in the Western District of Michigan (case number 1:13-CR-68), was convicted of possession of child pornography in violation of Title 18 United States Code, § 2252A(a)(5)(B).

MARK A. TOTTEN
United States Attorney

11/20/23
Date

DANIEL Y. MEKARU
Assistant United States Attorney